UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Randall Larry Herron**
1235 Stallion Way
Dalton, GA 30720

xxx–xx–5427

Case No.: **15–41041–pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

## ORDER OF DISMISSAL

The Debtor(s) has filed a request for dismissal pursuant to 11 U.S.C. Section 1307(b). Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated: March 29, 2016

Form 164